UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>      Plaintiff, )<br>            )<br>vs.         )<br>            )<br>DAVID REYES ZEPEDA, aka Billy, )<br>            )<br>      Defendant. ) | 2:13-CR-078-JAD-VCF |

# **O R D E R**

Upon NOTICE by the United States of America (Doc. 40, 41) that its interests and rights expired in property listed in the Preliminary Orders of Forfeiture (Doc. 34, 38), and having heard further explanation of counsel for the United States Daniel D. Hollingsworth, the Court finds that the United States of America's interests and rights expired in:

1. a .38 caliber firearm;

2. a .40 caliber firearm; and

3. any and all ammunition (all of which constitutes "Property").

Accordingly, pursuant to 21 USC 853(h), no right or interest in the Property shall revert to the defendant, and no person acting in concert with him or on his behalf shall be eligible to purchase such Property at any sale held by the United States.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Preliminary Order of Forfeiture (Doc. 38) entered in this case is null and void.

Dated: August 26, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE