# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00078-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 81 |
| DAVID REYES ZEPEDA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 30, 2019 at 9:30 a.m., be vacated and continued to January 13, 2020, at the hour of 9:30 a.m.

DATED this 27th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE