# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00078-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 84 |
| DAVID REYES ZEPEDA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 17, 2020 at 10:30 a.m., be vacated and continued to February 4, 2020, at the hour of 10:30 a.m.

DATED this 16th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE